UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - X
                            :

UNITED STATES OF AMERICA      :

        -v-                 :

AARON CALLOCK,          :
ARTHUR LOWE,            :    **ORDER**
 a/k/a "Mark,"         :    07 Cr. 500
DANE CLARKE,            :
 a/k/a "Hawk,"         :
JENNY SUE LEASURE,      :
TAMERIA MCKENNEY,       :
BETTY CRAVEN,           :
ROBERTA BRASSEUR,       :
JOSEPH HARTLINE,        :
 a/k/a "Mike,"         :
CHRISTIN VANCAMP,       :
JULIE GILLMAN, and      :
KELLIE KIRKBRIDE,       :
                            :
        Defendants.     :
                            :
- - - - - - - - - - - - - - - - - - - X

        Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Michael J. Garcia, by Assistant United States Attorney Jenna M.

Dabbs;

        It is found that the Indictment in the above-captioned

action is currently sealed and the United States Attorney's

Office has applied to have that Indictment unsealed, it is

therefore



ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 11, 2007

UNITED STATE MAGISTRATE JUDGE
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

– v. –

**AARON CALLOCK, ARTHUR LOWE, a/k/a "Mark,"
CANE CLARKE, a/k/a "Hawk," JENNY SUE
LEASURE, TAMERIA MCKENNEY, BETTY
CRAVEN, ROBERTA BRASSEUR, JOSEPH
HARTLINE, a/k/a "Mike," CHRISTIN VANCAMP,
JULIE GILLMAN, and KELLIE KIRKBRIDE,**

Defendants.

---

### ORDER

07 Cr. 500

_____    MICHAEL J. GARCIA
                                      United States Attorney.