**MEMO ENDORSED**

**Law Offices of Ellyn I. Bank**
Attorney At Law
225 Broadway, Suite 715
New York, New York 10007

Tel: 212 385 1800
Fax: 212 566 8165

November 7, 2007

(Via Facsimile 212 805 7908)

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
#1630
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

Re: <u>US v. Tameria McKenney, 07 Cr. 500 (TPG)</u>

Dear Judge Griesa:

I represent Tameria McKenney in the above case. Ms. McKenney is scheduled to appear before you on November 13, 2007 for a case conference.

Because Ms. McKenney recently gave birth to her third child on October 17, 2007 and is currently living in Ohio, I respectfully request that her presence be excused from this conference.

AUSA Jenna Dabbs has been apprised of this request.

Also, please note my recent address change and new office number above.

Approved,
*Thomas P. Griesa*
USDJ
11/9/07

Respectfully,
EB
Ellyn I. Bank, Esq.
Attorney for Tameria McKenney